U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 16 2012

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

STANLEY WAYNE STEPHENS, AKA   §
STANLEY J. STEVENS,   §
  §
    Petitioner,   §
  §
VS.   §  NO. 4:12-CV-249-A
  §
STATE OF TEXAS,   §
  §
    Defendant.   §

O R D E R

Petitioner, Stanley Wayne Stephens, a/k/a Stanley J. Stevens, filed the instant petition for writ of mandamus on April 24, 2012, naming as respondent the State of Texas. The court dismissed the petition on April 27, 2012, for failure of petitioner to pay a monetary sanction ordered in the case of Stevens v. Fort Worth Police Department, Civil Case No. 4:01-CV-136-Y. Petitioner filed two motions for leave to proceed in forma pauperis on appeal, which the court referred to the United States Magistrate Judge for consideration. The magistrate judge issued his findings and conclusions and a recommendation that the motions be denied. The magistrate judge gave petitioner until July 9, 2012, to file his objections.

Petitioner on June 28, 2012, filed his objections to the magistrate judge's findings, conclusions, and recommendation. In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal

Rules of Civil Procedure, the court makes a <u>de novo</u> determination of the magistrate judge's order to which specific objection is made.  <u>United States v. Raddatz</u>, 447 U.S. 667, 673-75 (1980). The court's review finds that the petitioner's objections are without merit.  The court therefore overrules petitioner's objections and accepts the magistrate judge's recommendation to deny petitioner's motions to proceed <u>in forma pauperis</u> on appeal.

Therefore,

The court ORDERS that petitioner's objections be, and are hereby, overruled.

The court further ORDERS that petitioner's motions to proceed <u>in forma pauperis</u> on appeal be, and are hereby, denied.

SIGNED July 16, 2012.

JOHN McBRYDE
United States District Judge